UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

               Plaintiff,

v.

LONNY R. SUKO,

               Defendant.

CASE NO. C15-5721 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Plaintiff may not proceed IFP in this matter as he has incurred at least three strikes under 42 U.S.C. § 1915(g).

(3)    Plaintiff is ordered to pay the $400 filing fee within thirty days of this order and, if the fee is not paid, this case will be dismissed without prejudice.

Dated this 17th day December, 2015.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge

ORDER